# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01928-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

LEIF STEPHENS,

      Plaintiff,

v.

MACHOL & JOHANNES LLC, a Colorado limited liability company, and
ARIANNE K. GRONOWSKI,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a *pro se* "Application to Proceed in District Court without

Prepaying Fees or Costs" and a Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  The Court notes that the Complaint is signed by

Brian William Wallace, who indicates that he is an advocate for the named Plaintiff.

There is no indication that Mr. Wallace is a licensed attorney.  Therefore, Mr. Wallace

may not represent Plaintiff in this action.  *See* 28 U.S.C. § 1654.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.

Any papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __    is not submitted

(2)   _X_   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or
            application
(8)   ___   An original and a copy have not been received by the court.
            Only an original has been received.
(9)   _X_   other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition**:

(10)  ___   is not submitted
(11)  ___   is not on proper form (must use the court's current form)
(12)  _X_   is missing an original signature by the Plaintiff
(13)  ___   is incomplete
(14)  ___   uses et al. instead of listing all parties in caption
(15)  ___   An original and a copy have not been received by the court.  Only an
            original has been received.
(16)  ___   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(17)  ___   names in caption do not match names in text
(18)  ___   other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Complaint

and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms,

along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _25th_ day of _____July_____, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge