IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01928-CMA-MJW

LEIF STEPHENS,

Plaintiff(s),

v.

MACHOL & JOHANNES LLC, a Colorado limited liability company, and
ARIANNE K. GRONOWSKI,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's two Memorandum in Support of Motion for Leave to File Amended Pleading (Docket Nos. 31 and 32) are denied. Even is these "Memorandum" are construed as motions, plaintiff has not tendered a proposed amended complaint.

Date: November 8, 2012