IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01928-CMA-MJW

LEIF STEPHENS,

Plaintiff(s),

v.

MACHOL & JOHANNES LLC, a Colorado limited liability company, and
ARIANNE K. GRONOWSKI,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Leif A Stephen's Motion to Alter or Amend the Judgment (Docket No. 35) is denied without prejudice for failing to comply with D.C.COLO.LCivR 7.1(A) (Duty to Confer).  In addition, the court notes that Judgment has not been entered in this case.

     It is further ORDERED that the Defendants' Motion to Strike (Docket No. 29) is granted, and the Amended Complaint (Docket No. 28) is stricken for failure to comply with Fed. R. Civ. P. 15(a)(2).

Date: November 21, 2012