IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01928-CMA-KLM

LEIF STEPHENS,

    Plaintiff,

v.

MACHOL & JOHANNES LLC, and
ARIANNE K. GRONOWSKI,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the two Stipulated Motions to Dismiss With Prejudice (Doc. ## 39 and 40), signed by the Plaintiff and the attorneys for the Defendants, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her and its own costs and attorney fees.

DATED: November 30, 2012

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge